IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LaGARRIAN CLARK, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 3:09-CV-116 (CDL) |
| FREDERICK HEAD, Warden, | * |
| Defendant | * |

ORDER ON RECOMMENDATION TO DISMISS

This matter is before the Court pursuant to a Recommendation to Dismiss by the United States Magistrate Judge entered on December 28, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation to Dismiss by the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 4th day of February, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE